UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
A.K., *individually and on behalf of his minor child, A.K.*, :
:
Plaintiff, :
: 23-CV-8890 (JMF)
-v- :
: ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Unless and until the Court orders otherwise, counsel for all parties shall appear for a conference with the Court on **February 1, 2024** at **9:00 a.m.** The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jesse-m-furman.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      Counsel are directed to confer with each other prior to the conference and are hereby ORDERED to submit a joint letter, no later than **Thursday of the week prior to the conference** not to exceed two pages, updating the information the Court ordered the parties to submit in its October 12, 2023 Order. *See* ECF No. 7.

      SO ORDERED.

Dated: January 9, 2024
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge