UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
A.K., *individually and on behalf of his minor child, A.K.*,  :
:
                          Plaintiff,      :             23-CV-8890 (JMF)
:
     -v-                                           :             <u>ORDER</u>
:
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
:
                         Defendant.     :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties are reminded that, per the Court's October 12, 2023 and January 9, 2024 Orders, *see* ECF Nos. 7 and 20, counsel should submit their joint letter on ECF no later than the Thursday prior to the upcoming conference. The letter should address, in addition to the issues set forth in the October 12, 2023 Order, whether the parties can do without a conference altogether.

       If, after reviewing the parties' joint letter, the Court concludes that a conference is unnecessary at this time, it will issue an order canceling or rescheduling it. If a conference is held, **it will be by telephone** and may be scheduled for a different time. To that end, counsel should indicate in their joint status letter dates and times during the week of the currently scheduled conference that they would be available for a telephone conference. Unless and until the Court orders otherwise, however, the conference will proceed — and will do so on the date and time previously set.

       In the event a conference is held, the parties should join it by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: January 22, 2024                      _____
      New York, New York                    JESSE M. FURMAN
                                            United States District Judge