

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

May 22, 2024

**VIA ECF**
Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

<span style="color:blue">Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.</span>

Re:     *A.K. v. N.Y.C. Dep't of Educ.*, 23-cv-8890 (JMF)(GWG)          <span style="color:blue">May 22, 2024</span>

Dear Judge Furman:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant, the New York City Department of Education ("DOE"), in the above-referenced action wherein Plaintiff seeks implementation of the Findings of Fact and Decision ("FOFD") from an underlying administrative hearing, as well as attorneys' fees, costs, and expenses for legal work on the administrative hearing and for this action, under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*.

I write on behalf of the parties pursuant to the Court's Order on February 29, 2024 (ECF No. 26) to respectfully request that the Court grant a seven-day extension of the current briefing schedule, extending Plaintiff's time to submit a motion for fees from May 29 to June 5, 2024. This is the first request for an extension of the briefing schedule. The reason for the requested extension is that the parties are currently engaged in settlement discussions—having exchanged offers last week—and remain optimistic that given additional time, this matter will be fully resolved through settlement.

Accordingly, the parties respectfully request that the Court extend the current briefing schedule by seven days, with Plaintiff's motion due June 5, so that the parties may complete settlement discussions.

Thank you for considering this request.

Respectfully submitted,
*/s/*
_____
Lauren Howland, Esq.

Special Assistant Corporation Counsel

cc:     Steven J. Alizio, Esq. (via ECF)