

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

May 29, 2024

**VIA ECF**
Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. The parties should not expect any further extensions (absent a settlement in principle). The Clerk of Court is directed to terminate ECF No. 29. SO ORDERED.
>
> May 30, 2024

Re: *A.K. v. N.Y.C. Dep't of Educ.*, 23-cv-8890 (JMF)(GWG)

Dear Judge Furman:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant, the New York City Department of Education ("DOE"), in the above-referenced action wherein Plaintiff seeks implementation of the Findings of Fact and Decision ("FOFD") from an underlying administrative hearing, as well as attorneys' fees, costs, and expenses for legal work on the administrative hearing and for this action, under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*.

  I write on behalf of the parties pursuant to the Court's Order on May 22, 2024 (ECF No. 28) to respectfully request that the Court grant an additional seven-day extension of the current briefing schedule, extending Plaintiff's time to submit a motion for fees from June 5 to June 12, 2024. This is the second request for an extension of the briefing schedule, the first was granted on May 22 (ECF No. 28). The reason for the requested extension is that the parties require additional time to engage in settlement discussion—which the parties are optimistic will result in the full resolution of this matter.

  Accordingly, the parties respectfully request that the Court extend the current briefing schedule by seven days, with Plaintiff's motion due June 12, so that the parties may complete settlement discussions.

  Thank you for considering this request.

Respectfully submitted,

*/s/*
_____
Lauren Howland, Esq.

Special Assistant Corporation Counsel

cc: Steven J. Alizio, Esq. (via ECF)